IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BEVERLY JOYCE WATKINS,

    Plaintiff,

v.                                  No. 04-2920 B

SHELBY COUNTY HEALTHCARE CORP.,
et al.,

    Defendants.

---

## ORDER REMOVING FROM PENDING STATUS DOCUMENT NO. 17

---

Pending on the docket in this matter is the April 27, 2005 motion of the Plaintiff for leave to appeal *in forma pauperis* and to appoint counsel (Doc. No. 17). Judgment was entered by this Court on March 3, 2005 and the Plaintiff's notice of appeal to the Sixth Circuit Court of Appeals was filed March 28, 2005. On December 5, 2005, the Sixth Circuit granted the motion for pauper status for the limited purpose of its review and affirmed the judgment of the district court. Therefore, as the relief sought in the motion is now moot, the Clerk of Court is directed to remove it from pending status.

IT IS SO ORDERED this 14th day of December, 2005.

s/ J. Daniel Breen
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02920 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Beverly Joyce Watkins
3550 Merritt St.
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT